IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-02789-RBJ-CBS　　　　　　Date: May 21, 2015
Courtroom Deputy: Amanda Montoya　　　　　FTR – Reporter Deck-Courtroom A402

*Parties:*　　　　　　　　　　　　　　　　　　*Counsel:*

MARTIN PEDRO,　　　　　　　　　　　　　　*Pro se* (by phone)

Plaintiff,

v.

UNITED STATES OF AMERICA,　　　　　　　Mark Pestal

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: STATUS CONFERENCE**
**Court in session: 09:54 a.m.**
Court calls case. Appearances of counsel.

*Defendant United States' Partial MOTION [19] to Dismiss* is pending. The Plaintiff filed *MOTION [28] for Order* requesting the court dismiss claims 1 and 2. The court asks Mr. Pedro for clarification. Mr. Pedro makes oral motion to dismiss claims 1 and 2 without prejudice.

**ORDERED:**　Mr. Pedro's oral motion is **GRANTED** and claims 1 and 2 are **DISMISSED** without prejudice.

　　　　　　　*Defendant United States' Partial MOTION [19] to Dismiss* is **MOOT**.

　　　　　　　*MOTION [28] for Order* is **MOOT**.

If Mr. Pedro needs to communicate with the court, it should be only through written motion. Mr. Pedro sent discovery requests to the Defendant. Since the parties have not had a 26(f) conference, Mr. Pedro was not allowed to seek discovery.

**ORDERED:**　The court will allow Mr. Pedro's discovery requests and the 30 day period for serving the responses will start today.

**10:04 a.m.**　　OFF THE RECORD
**10:30 a.m.**　　ON THE RECORD

**ORDERED:** Discovery cut-off: **October 19, 2015**
Dispositive motion deadline: **November 9, 2015**
Last day to serve written discovery: **September 16, 2015**
Each side shall be limited to **25** interrogatories including discreet sub-parts, **25** requests for production, and **25** requests for admission.
Affirmative experts shall be designated by: **August 24, 2015**
Rebuttal experts shall be designated by: **September 21, 2015**

Discussion regarding the discovery process. Mr. Pestal asks the court for permission to take the Plaintiff's deposition.

**ORDERED:** Mr. Pestal is given leave to take the Plaintiff's deposition.

Hearing Concluded.

**Court in recess: 10:39 a.m.**
Time in court: 00:45

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.