IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-02789-RBJ-CBS          Date:  August 21, 2015
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                  *Counsel:*

MARTIN PEDRO,                               *Pro se* (by phone)

Plaintiff,

v.

UNITED STATES OF AMERICA,                   Mark Pestal

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 09:58 a.m.**
Court calls case.  Appearances of counsel.

The court reviews pending motions.

**ORDERED:**    *[42] Motion Pursuant to F.R.Civ.P. 28(a)(1)(B) to Appoint or Designate a Person Before Them Questions May Be Taken* is **DENIED with prejudice** as stated on the record.

*[35] Motion for Order* is **DENIED without prejudice**.  Once Mr. Pedro has the depositions set up, he shall file a new motion and the Clerk's office will issue the appropriate subpoenas.

*[43] Petition Pursuant to F.R.Civ.P. Rule 45 Compelling Attendant of Non-Party Witnesses at Deposition* is **DENIED without prejudice.**

Mr. Pedro makes oral motion ti withdraw *[36] Motion to Compel.*

**ORDERED:**    Mr. Pedro's oral motion in **GRANTED** and *[36] Motion to Compel* is **WITHDRAWN.**
*[39] Motion Pursuant to Fed.R.Civil Procedure Rule 36 Motion Regarding the Sufficiency of an Answer or Objection* is **DENIED**.  The court will allow Mr.

Pedro to serve specific interrogatories towards the Defendant's answers to the requests for admission.

Discussion regarding scheduling depositions.

Hearing Concluded.

**Court in recess: 10:30 a.m.**
Time in court: 00:32

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.