IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-02789-RBJ-CBS          Date:  November 13, 2015
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                 *Counsel:*

MARTIN PEDRO,                              *Pro se* (by phone)

Plaintiff,

v.

UNITED STATES OF AMERICA,                  Mark Pestal

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: DISCOVERY HEARING**
**Court in session: 10:31 a.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *[53] Motion Pursuant to Fed. R. Civ. P. Rule 37 to Compel Discovery Served on Defendant*.  After filing the motion, the Plaintiff received the responses.

**ORDERED:**  *[53] Motion Pursuant to Fed. R. Civ. P. Rule 37 to Compel Discovery Served on Defendant* is **DENIED AS MOOT.**

*[58] Defendant's Motion for Extension of Time to File Dispositive Motion* is **GRANTED.**  The dispositive motion deadline is extended until **December 4, 2015.**

Hearing Concluded.

**Court in recess: 10:35 a.m.**
Total time in court: 00:04

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.